# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| WILLIE ALFRED SMITH,          : | |
|          Petitioner             : | |
| VS.                             : | |
| Warden THOMAS AMMONS, *et al.*, : | NO. 5:08-CV-252 (HL) |
|          Respondents            : | |
| _____ : | **O R D E R** |

    Petitioner **WILLIE ALFRED SMITH** has filed a motion in which he asks this Court to reconsider its order dated August 27, 2008. The Court's August 27th order dismissed petitioner's habeas petition, which was based on the Georgia State Board of Pardons and Paroles Rule 475-3-.05(2) increasing the time between parole reconsiderations. Petitioner now states that his petition was not based on the above rule, but on "the plethora of new rules enacted after the underlying offense occurred set in stone by the respondents to increase petitioner's 'actual time of re-imprisonment' after his parole revocation." Petitioner does not specify any such new rules in his motion. Because petitioner has not alleged the existence of any new rules, the invalidation of which would necessarily result in a speedier release, the Eleventh Circuit's opinion in ***Thomas v. McDonough***, 226 Fed. Appx. 931 (11th Cir. 2007) mandates that petitioner's motion to reconsider be **DENIED**.

    **SO ORDERED**, this 22nd day of September, 2008.


                                                    *s/  Hugh Lawson*
                                                  HUGH LAWSON
                                                  UNITED STATES DISTRICT JUDGE

cr