IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| WILLIE ALFRED SMITH, | : |
| Petitioner | : |
| VS. | : NO. 5:08-CV-252 (HL) |
| Warden THOMAS AMMONS, *et al.*, | : |
| Respondent | : **O R D E R** |

Before the Court is petitioner **WILLIE ALFRED SMITH'S** motion for issuance of a certificate of appealability ("COA") to appeal the judgment of this Court denying his application for habeas relief under 28 U.S.C. § 2254. Under 28 U.S.C. § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in this Court's orders dated August 27, 2008, and September 22, 2008, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, petitioner is **DENIED** the issuance of a COA.

**SO ORDERED**, this 29th day of October, 2008.

*s/   Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

cr